# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEWANN BULLS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**FBI**, )<br>)<br>Defendant. ) | Civil Action No. 18-730 |

## ORDER

AND NOW this 15th day of October, 2018, upon consideration of the complaint filed by plaintiff, DeWann Bulls, *pro se* and *in forma pauperis*, (ECF No. 5),

IT IS HEREBY ORDERED that for the reasons set forth in the accompanying Memorandum Opinion the complaint is DISMISSED with prejudice as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), and amendment would be futile.

IT IS FURTHER ORDERED that the clerk shall mark this case CLOSED.

By the court,

s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc: DeWann Bulls
705 Lorenze Ave., Apt. 1
Pittsburgh, PA 15220